**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00272-CR**
_____


**EX PARTE CANDACE FREE**

_____

**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Cause No. 13-03-02991 CR**
_____

**MEMORANDUM OPINION**

Candace Free has filed a motion to dismiss her appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

1

Submitted on August 11, 2015
Opinion Delivered August 12, 2015
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.